FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se        _____As counsel for:        _____
                                               Name of party

I am, or the party I represent is (select one):

_____Petitioner  _____Respondent  _____Amicus curiae  _____Cross Appellant

_____Appellant  _____Appellee        _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant      _____Respondent or appellee

My address and telephone are:

Name:                  _____
Law firm:              _____
Address:               _____
City, State and ZIP:   _____
Telephone:             _____
Fax #:                 _____
E-mail address:        _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

 5/18/2015_____                          s/Nelson D, Nolte_____
      Date                              Signature of pro se or counsel

cc: _____